IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Criminal Action: | 24-cr-00352-CNS-2 | Date: August 5, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Michelle Sinaka |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Amanda Scott* |
| **v.** | |
| 1. HEATH J. POSEY<br>**Defendant** | *Douglas Richards* |

## COURTROOM MINUTES

**SENTENCING HEARING**

Court in session:  1:31 p.m.

Appearances of counsel.

Defendant is present on bond. Also present at the Government's table is FBI Special Agent Chris Lalonde.

Defendant sworn.

The Court outlines how the hearing will proceed, the history of the case, and filings related to sentencing.

**ORDERED:    [137] Government's Motion to Dismiss Counts Upon Sentencing of Defendant Heath Posey is GRANTED.**

Objections addressed.

**ORDERED:    [136] Government's Motion to Decrease Offense Level by One Additional Level Pursuant to U.S.S.G. § 3E1.1(b) is GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

Defendant provides allocution.

The Court states its findings and conclusions.

**ORDERED:**   **[134] Defendants Heath Posey's Motion for Downward Variant Sentence is GRANTED in part.**

**ORDERED:**   Defendant shall be **imprisoned** for **42 months** as to Count 2 of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years**.

**Standard/Special Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment, to be paid immediately,

**$10,000 fine** is imposed.

**Joint and Several Restitution** in the amount of **$5,966,997.48.**

Additional **Restitution** in the amount of **$322,051.52.**

Forfeiture addressed.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

The Court RECOMMENDS that the defendant be placed at a FCI Big Spring in Texas.

**ORDERED:**   **Defendant's bond to be released upon reporting to the designated facility.**

**Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.**

Court in recess:  2:57 p.m.          Hearing concluded.          Total time in Court:  01:26